JOHN S. LANE & SON, INCORPORATED, Respondent, v. COUNTY OF WESTCHESTER and WALTER S. PAULSEN, Defendants. MERSON CONSTRUCTION CORPORATION, PECK COAL CORPORATION, ROYAL INDEMNITY COMPANY, Appellants; KALMAN

---

* See Real Prop. Law, § 259.— [REP.

STEEL Co., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.